UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWIGHT JACKSON, JR. #222287,

      Plaintiff,

                                  Case No. 2:25-cv-69

v.

                                  HONORABLE PAUL L. MALONEY

MICHAEL HAVENS, et al.,

      Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Michael Havens and Joshua Kocha filed a motion to dismiss.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 16, 2026, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 36) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  February 18, 2026                              /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge