UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWIGHT JACKSON #222287, JR.,

Plaintiff,

v.

MICHAEL HAVENS, et al.,

Defendants.

_________________________________/

Case No. 2:25-cv-69

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed motions for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 14, 2026, recommending that this Court grant the motions and dismiss this action with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 68) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 53, 54, and 56) are GRANTED.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: October 19, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge