UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWIGHT JACKSON #222287, JR.,

Plaintiff,

v.

MICHAEL HAVENS, et al.,

Defendants.

______________________________/

Case No. 2:25-cv-69

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: October 19, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge